# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McElroy, Mary S. | United States District Court for the District of RI | 06/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
One Exchange Terrace
Providence, RI 02903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Rhode Island Public Defender | State of Rhode Island Public Defender |
| 2. | Board Member | Rhode Island Association of Criminal Defense Lawyers |
| 3. | Board Member | RI Attorney General's Criminal Justice Hall of Fame Committee |
| 4. | Board Member | RI Criminal Justice Policy Board |
| 5. | Board Member | RI Governor's Interagency Council on Homelessness |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2032 | State of RI Retirement Account. Entitled to collect a pension at approx age 67. Pension is equal to a percentage of the average of the highest 3 years income |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McElroy, Mary S. | 06/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Rhode Island Public Defender/salary | $132,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Coventry Rhode Island Public Schools/salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McElroy, Mary S. | 06/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McElroy, Mary S.** | 06/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ING/Capital One 360 Cash equivalent account | A | Interest | J | T | | | | | |
| 2. Coventry Teachers Credit Union cash equivalent account | A | Interest | J | T | | | | | |
| 3. Coventry Credit Union Cash equivalent account | A | Interest | J | T | | | | | |
| 4. Pawtucket Credit Union cash equivalent account | A | Interest | J | T | | | | | |
| 5. Greenwood Credit Union cash equivalent account | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. College Bound Fund 529 Plans | A | Interest | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. GAMCO Investors SRI fund CL AAA-SRIGX | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. TIAA-CREF RI Defined Contribution Plan | | | | | | | | | |
| 12. -Vang FTSE Soc. Index (VFTAX) | A | Dividend | K | T | Sold (part) | 07/26/19 | J | | |
| 13. -Vang Inst Index (VINIX) | A | Dividend | | | Sold | 09/30/19 | K | | |
| 14. -Vang Target Retirement 2030 Trust I (VTHRX) | A | Dividend | K | T | Buy | 09/30/19 | J | | |
| 15. -Vanguard Mid-cap Index Fund (VMCIX) | A | Dividend | | | Sold | 12/24/19 | K | | |
| 16. - Vanguard Small cap Index Fund (VSCIX) | A | Dividend | | | Sold | 12/24/19 | K | | |
| 17. -Vanguard Ttl Bd Mkt Idx Adm (VBTLX) | A | Dividend | | | Sold | 12/24/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McElroy, Mary S.** | 06/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Pimco Real Return Inst. Class (PRRIX) | A | Dividend | K | T | Buy | 09/30/19 | J | | |
| 19. | -State Street SP 500 Id II (SVSPX) | A | Dividend | K | T | Buy | 12/24/19 | K | | |
| 20. | -State Street Sm Mid Id II (SSMKX) | A | Dividend | K | T | Buy | 12/24/19 | K | | |
| 21. | -Vanguard Target Ret. Inc. Trust I (VTINX) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 22. | -State Street US Bond Id. XIV (SSFCX) | A | Dividend | K | T | Buy | 12/24/19 | K | | |
| 23. | | | | | | | | | | |
| 24. | Waddell & Reed | | | | | | | | | |
| 25. | - Ivy Large Cap Growth A (WLGAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | K | | |
| 26. | - Ivy Global Growth (IVINX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | | |
| 27. | - Ivy Mid Cap Income (IVOAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | K | | |
| 28. | Ivy Core Equity A (WECEAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | | |
| 29. | -Ivy Mid Cap Growth A (IGWAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | | |
| 30. | -Ivy Science and Technology A (WSTAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | K | | |
| 31. | - Ivy Small Cap Core A (IYSAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | K | | |
| 32. | -Ivy Emerging Markets Equity A (IPOAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | | |
| 33. | -Ivy Small Cap Growth A (WSGAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | K | | |
| 34. | -Ivy High Income A (WHIAX) | A | Dividend | K | T | Buy | 10/02/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McElroy, Mary S. | 06/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Ivy Balanced A (IBNAX) | A | Dividend | K | T | Buy | 10/02/19 | K | | |
| 36.   -Ivy Corporate Bond A (IBJAX) | A | Dividend | K | T | Buy | 10/02/19 | K | | |
| 37.   -Ivy Appolo Strategic Income A (IAPOX) | A | Dividend | K | T | Buy | 10/02/19 | K | | |
| 38.   -Ivy International Core Equity A (IVIAX) | A | Dividend | J | T | Sold<br>(part) | 10/02/19 | J | | |
| 39. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McElroy, Mary S. | 06/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Mary S. McElroy**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544